UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>   Plaintiff,<br><br>   v.<br><br>MINA BESHARA, *et al*.,<br><br>   Defendants. | Case No. 1:20-cv-01050-JDP<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

   Plaintiff Jeffrey E. Walker is a civil detainee proceeding without counsel in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California's Welfare and Institutions Code are civil detainees and not prisoners within the meaning of the Prison Litigation Reform Act.  *See Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

   Plaintiff has filed an application to proceed *in forma pauperis*.  Examination of this application reveals that plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is granted.

1

IT IS SO ORDERED.

Dated: __August 3, 2020__

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.