UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>  Plaintiff,<br><br>  v.<br><br>MINA BESHARA, *et al*.,<br><br>  Defendants. | Case No. 1:20-cv-01050-JDP<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF<br><br>ECF No. 6<br><br>ORDER THAT THE CLERK'S OFFICE FORWARD THIS ORDER AND PLAINTIFF'S MOTION TO THE LITIGATION COORDINATOR AT COALINGA STATE HOSPITAL |

Plaintiff Jeffrey E. Walker is a civil detainee proceeding without counsel in this action under 42 U.S.C. § 1983.  On August 14, 2020, plaintiff filed a motion for miscellaneous relief, arguing that he has insufficient access to basic legal materials, and asking that the court notify his institution that he is engaged in litigation.  ECF No. 6.  Generally, this court does not have the power to bind third parties that are not before it, or provide legal research or related materials to a plaintiff.  To the extent plaintiff is requesting those things from the court, his motion is denied.  However, the court orders that the clerk's office forward this order and plaintiff's request to the litigation coordinator at Coalinga State Hospital.  The court can confirm that plaintiff is engaged in ongoing litigation, and requests that that the litigation coordinator work with plaintiff to

accommodate his needs in this case.  In addition, the court notes that the denial of access to certain legal materials may itself create a constitutional issue.  *See Bounds v. Smith*, 430 U.S. 817, 828 (1977) ("[T]he fundamental constitutional right of access to the courts requires prison authorities to assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law.").

IT IS SO ORDERED.

Dated:   August 21, 2020

UNITED STATES MAGISTRATE JUDGE

No. 205.