# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MINA BESHARA, et. al.<br><br>　　　　　Defendants. | No. 1:20-cv-0001050-HBK (PC)<br><br>ORDER DIRECTING CLERK TO SEND PLEADINGS TO APPROPRIATE INSTITUTIONAL OFFICIAL<br><br>(Doc. Nos. 11, 12) |

The court regularly receives *pro se* notices from confined persons alleging suicide, danger of death, or imminent serious physical harm to themselves or to others. In an abundance of caution, the court will expediate notice of such allegations to the appropriate state or federal institutional or correctional officials for whatever action those officials deem appropriate.

Accordingly, it is **ORDERED:**

1. The Clerk shall forward a copy of Plaintiff's pleadings (Doc. Nos 11, 12), which contain allegations of suicide, danger of death, or imminent physical harm by a confined person to the appropriate officials at Coalinga State Hospital for handling as the officials deem appropriate.

2. The Clerk shall indicate on the docket the name of the official(s) to whom notice was

1

provided and upon receipt the official shall confirm receipt thereof.

    3. This Order is not a ruling on the allegations or relief requested in the pleading or the merits of the allegations in this case.

IT IS SO ORDERED.

Dated:   February 23, 2021

                                            HELENA M. BARCH-KUCHTA
                                            UNITED STATES MAGISTRATE JUDGE