# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>Plaintiff,<br><br>v.<br><br>MINA BESHARA; FNU LUU; DAVID ROBLESS; AUDRA KING; JOSH BERGER; FNU STEVEN; REBECCA KORNBLUSH,<br><br>Defendants. | Case No. 1:20-cv-01050-NONE-HBK (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTIONS FOR CLARIFICATION AND TO EXPEDITE REVIEW AND MOTION FOR ASSISTANCE<br><br>(Doc. Nos. 15, 19, 20) |

Pending before the Court are plaintiff's motion for clarification and to expedite review, filed March 5, 2021 (Doc. No. 15); request for assistance in case and for court to rule, filed April 14, 2021 (Doc. No. 19); and urgent request for assistance in this case under imminent danger request, filed May 13, 2021 (Doc. No. 20). Plaintiff seeks rulings on his various pending motions for a temporary restraining order and/or preliminary injunction. The undersigned was reassigned to this matter on November 17, 2020. (Doc. No. 9). The court endeavors to handle all matters before it in an expeditious manner. The court has reviewed plaintiff's various motions and issued Findings and Recommendations recommending that the district court deny plaintiff's motion for

1

preliminarily injunction or a temporary restraining order. Because the court has addressed these motions, his current motion to clarify, expedite review or for assistance are moot.

According, it is **ORDERED**:

Plaintiff's motion for clarification and to expedite review (Doc. No. 15), request for assistance in case or for court to rule (Doc. No. 19) and urgent request for assistance (Doc. No. 20) are **DENIED as moot**.

IT IS SO ORDERED.

Dated:  May 27, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE