UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>           Plaintiff,<br><br>      v.<br><br>MINA BESHARA, ET. AL.,<br><br>           Defendants. | No.  1:20-cv-01050-NONE-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTIONS FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos.  29, 30, 31, 42) |

Plaintiff Jeffrey E. Walker initiated this action as a civil detainee proceeding *pro se* by filing a civil rights complaint under 42 U.S.C. § 1983.  (Doc. No. 1.)  The matter was referred to the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On December 10, 2021, the magistrate judge issued a findings and recommendations recommending that plaintiff's motions for a temporary restraining order be denied.  (Doc. No. 42.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were due to be filed within fourteen days.  (*Id.* at 1,7.)   Plaintiff has not filed any objections and the time do so has expired.  (*See* docket.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

ACCORDINGLY:

1. The findings and recommendations issued on December 10, 2021 (Doc. No. 42) are adopted in full;

2. Plaintiff's motions for injunctive relief (Doc. Nos. 29, 30, 31), are DENIED;

2. This matter is referred back to the assigned magistrate judge for future proceedings.

IT IS SO ORDERED.

Dated: **January 6, 2022**            /s/ Dale A. Drozd
                                      UNITED STATES DISTRICT JUDGE